868

No. 72–6470.  Ellingburg *v.* Henley, Chief Judge, U. S. District Court.  C. A. 8th Cir.  Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–6475.  Grant *v.* United States.  C. A. 4th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6500.  Lee *v.* Louisiana.  Sup. Ct. La.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6518.  Slabaugh *v.* United States.  C. A. 6th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6549.  Kerr *v.* United States.  C. A. D. C. Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6554.  Cook *v.* Belden Concrete Products, Inc., Division of Rockwin Corp.  C. A. 5th Cir.  Certiorai denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6556.  Brummel *v.* United States.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6567.  Wilson *v.* United States.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6573.  Elam et al. *v.* Henderson, Warden. C. A. 5th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–6583.  Farmer *v.* Caldwell, Warden.  C. A. 5th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.